

# In the Missouri Court of Appeals
# Eastern District

JANUARY 19, 2016

THE FOLLOWING CASES WERE AFFIRMED IN ACCORDANCE WITH RULE 84.16(b) OR RULE 30.25(b).

1.    ED102428    STATE OF MISSOURI, RES V DONALD R. NAPPIER, APP

2.    ED102986 STEPHANIE JACKSON,RES V HIGHER EDUCATION LOAN, APP

**CORRECTION(S)**:

1.    ED101532 P & J VENTURES, RES/CRS-AP  V YI YU ZHENG, APP

2.    ED102580 LARRY SMITH, APP V STATE OF MISSOURI, RES